**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ROMERO-TOVAR,<br><br>Petitioner<br><br>v.<br><br>ICE, et al.,<br><br>Respondents | Case No.: 2:26-cv-01740-APG-DJA<br><br>**Order Granting Petitioner's Motion to Dismiss**<br><br>[ECF No. 11] |

Petitioner Jose Romero-Tovar moves to dismiss because his petition and related motion for return of property are moot, as he has been released on bond and his property returned to him. ECF No. 11.

I THEREFORE ORDER that petitioner Jose Romero-Tovar's motion to dismiss **(ECF No. 11) is GRANTED**. The pending stipulation and motion for return of property **(ECF Nos. 7, 8) are DENIED as moot**. The clerk of court is instructed to close this case.

DATED this 13th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE